952

No. 864. MORGAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Solicitor General Sobeloff, Paul A. Sweeney* and *Lester S. Jayson* for the United States.

No. 867. LOUISIANA & ARKANSAS RAILWAY CO. v. MOORE. C. A. 5th Cir. Certiorari denied. *T. W. Holloman* and *Joseph R. Brown* for petitioner.

No. 870. CONFORTI v. NEW YORK. County Court of Putnam County, New York. Certiorari denied. *Wolfango Edward Cribari* for petitioner.

No. 871. ANGELET ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Anthony A. Calandra* and *Abraham Solomon* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for the United States.

No. 879. PACIFIC INTERMOUNTAIN EXPRESS CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied. *Harry L. Browne* for petitioner. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 881. ROGERS v. CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied. *Thomas R. Robinson* for petitioner. *Abraham S. Ullman* and *Arthur T. Gorman* for respondent.